UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:   THERESA LEE PRZYBYLO

Case Number: 16-41135 TJT
Chapter 13
Judge Thomas J. Tucker

Debtor.
_____/

ORDER ADJOURNING CONFIRMATION HEARING
AND ESTABLISHING DEADLINES FOR THE MORTGAGE MODIFICATION REVIEW

The Debtor, Theresa Lee Przbylo, and the Creditor, Ditech Financial LLC (the "Creditor"), having appeared at a confirmation hearing on July 6, 2017, along with counsel for the Chapter 13 Trustee, and the Debtor having filed a Chapter 13 Plan and Motion Requesting Mortgage Modification Review, and for the reasons stated by the Court on the record during the hearing:

IT IS ORDERED that:

1. A further confirmation hearing will be held on **September 7, 2017 at 10:00 a.m.**
2. No further adjournments will be granted without a hearing.
3. The Creditor must make an actual determination of eligibility with regards to the mortgage modification for the property located at 7707 Watford, West Bloomfield, MI 48322 on or before July 20, 2017 and communicate the determination to Debtor's counsel.
4. Should Creditor fail to meet to the July 20, 2017 deadline for making an actual determination and communicating the determination to Debtor Counsel, an employee of Ditech Financial, LLC with knowledge and authority regarding the Debtor's mortgage modification must appear in person at the adjourned hearing on Confirmation on **September 7, 2017 at 10:00 a.m., and also that same day at 1:30 p.m.**

**Signed on July 17, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge